IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| LEE ANNE DEAL & BRUCE DEAL, Individually, LEE ANNE DEAL, as administrator of the ESTATE OF MADISON BAILEE DEAL, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC, formerly known as CCA of Tennessee, LLC, CORECIVIC, INC. formerly known as Corrections Corporation Of America, Inc., HAMILTON COUNTY, TENNESSEE, CORRECT CARE SOLUTIONS, LLC, AMBER ROY, ELIZA MALL, NEVA HUSKEY, PARVEEN GILL, JASON KIRTON, (FNU) MILES, (FNU) VAN HOOSER, JOHN DOE & JANE DOE, individually and as unknown male and female agents, staff, guards, nurses and/or doctors employed at CCA Silverdale or other entity, JOHN DOE CORPORATIONS & LLC'S as unknown employers or contractors of any JOHN DOES OR JANE DOES,<br><br>Defendants. | No.: 1:17-cv-00162<br><br>District Judge Pamela L Reeves<br>Magistrate Judge Christopher H Steger<br><br>JURY DEMAND |

## NOTICE OF APPEARANCE

Notice is hereby given of the appearance of Mary Ann Stackhouse of the law firm of Lewis, Thomason, King, Krieg & Waldrop, P.C., as counsel for defendants Neva Huskey, Jason Kirton, Eliza Mall, Amber Roy, and Parveen Gill in the above-styled case. The clerk is requested to direct all mailings in this case to Mary Ann Stackhouse, in addition to Lisa Cole and Susan West Carey.

/s/Mary Ann Stackhouse
                                            Mary Ann Stackhouse, Esq. (BPR # 017210)

Lewis, Thomason, King, Krieg & Waldrop, P.C.
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN 37901
(865) 546-4646
*Attorneys for Defendants Neva Huskey, Jason Kirton, Eliza Mall and Amber Roy*

CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of June, 2017, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Bryan Hoss, Esq.
Davis & Hoss, P.C.
850 Fort Woods Street
Chattanooga, TN 37403
*Attorneys for Plaintiffs*

Thomas H. O'Neal, Esq.
O'Neal, Walker & Boehm
1600 First Tennessee Building
701 Market Street
Chattanooga, TN 37402
*Attorneys for Plaintiffs*

Erin Palmer Polly, Esq.
Butler Snow LLP,
The Pinnacle at Symphony Place
150 Third Ave., S., Nashville, TN 37201
*Attorneys for CoreCivic of Tennessee, LLC, CoreCivic, Inc., Linda Miles, and Pagett VanHooser*

R. Dee Hobbs, Esq.
Bell & Hobbs
P.O. Box 11308
Chattanooga, TN 37401
*Attorney for Hamilton County, TN*

/s/Mary Ann Stackhouse
Mary Ann Stackhouse, Esq. (BPR #017210)