UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

LEE ANNE DEAL & BRUCE DEAL,

    Plaintiff,

v.

CORECIVIC OF TENNESSEE, LLC, et al.

    Defendant.

Case No. 1:17-cv-00162

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Amber Roy, Eliza Mall, Neva Huskey, & Jason King, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

☐    I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

☐    **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

☑    An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date:

*/s/ Susan W. Carey*
(Signature--hand signed)

Name: Susan W. Carey
Firm: Lewis, Thomason, King, Krieg & Waldrop, P.C.
Address:

    424 Church St., Ste. 2500, Nashville, TN 37219

Email address: scarey@lewisthomason.com

Once your motion is granted, you must register for a CM/ECF account at http://www.tned.uscourts.gov/RegistrationForm.php.

\* \* \* **INCLUDE CERTIFICATE(S) OF SERVICE** \* \* \*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of June, 2017, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Bryan Hoss, Esq.
Davis & Hoss, P.C.
850 Fort Woods Street
Chattanooga, TN 37403;

Thomas H. O'Neal, Esq.
O'Neal, Walker & Boehm
1600 First Tennessee Building
701 Market Street
Chattanooga, TN 37402
Attorneys for Plaintiffs

Erin Palmer Polly, Esq.
Joseph F Welborn , III, Esq.
Paige Ayres Nutini, Esq.
Butler Snow LLP
The Pinnacle at Symphony Place
150 Third Ave., S.
Nashville, TN 37201
Attorneys for CoreCivic of Tennessee, LLC, CoreCivic, Inc., Linda Miles,
    and Pagett VanHooser

R. Dee Hobbs, Esq.
Bell & Hobbs
P.O. Box 11308
Chattanooga, TN 37401
Attorney for Hamilton County, TN

/s/ Susan W. Carey
Susan West Carey, Esq. (BPR #013996)

7391940