UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| LEE ANNE DEAL and BRUCE DEAL, Individually, and LEE ANNE DEAL, as Administrator of the ESTATE OF MADISON BAILEE DEAL, Deceased,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LCC; CORECIVIC, INC.; HAMILTON COUNTY, TENNESSEE; CORRECT CARE SOLUTIONS, LLC; PARVEEN GILL; NEVA HUSKEY; JASON KIRTON; ELIZA MALL; LINDA MILES; AMBER ROY; PAGETT VANHOOSER; and JOHN DOES,<br><br>*Defendants*. | NO. 1:17-CV-162<br>REEVES/STEGER |

## ORDER

On January 5, 2018, counsel for the parties appeared before the Court in Knoxville for a case management conference. Counsel updated the Court on the status of the case and the possibility of mediation was raised by the Court. Based on the record and the information provided by counsel at the conference, the parties are **ORDERED** to mediate this case by **April 6, 2018**. In addition to the attorneys, a representative for each side must attend the mediation in person, and that representative must have full settlement authority or, in the case of Hamilton County, authority to recommend settlement. Counsel is further **ORDERED** to file a joint status report with the Court no later than **April 6, 2018**, advising the Court as to the status of this suit.

**IT IS SO ORDERED.**

*/s/ Pamela L. Reeves*
UNITED STATES DISTRICT JUDGE

1